**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-11217-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Ricky Joe Boylan
Buchanan 17
104 Stonehaven
Edinboro PA 16412

Susan Lee Boylan
Buchanan 17
104 Stonehaven
Edinboro PA 16412

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/23/2017.

Name and Address of Alleged Transferor(s):

Claim No. 13: CALIBER HOME LOANS,INC., 13801 WIRELESS WAY, OKLAHOMA CITY,OKLAHOMA 73134

Name and Address of Transferee:

Rushmore Loan Manangment Services, LLC
15480 Laguna Canyon Road, Suite 100
Irving, CA 92618

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/26/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 13-11217-TPA
Ricky Joe Boylan                                                Chapter 13
Susan Lee Boylan
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: mgut              Page 1 of 1                  Date Rcvd: Jan 24, 2017
                              Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.
13801793       +CALIBER HOME LOANS,INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY,OKLAHOMA 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Ricky Joe Boylan dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Susan Lee Boylan dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor    Caliber Home Loans Inc bkgroup@kmllawgroup.com
              Jason R. Owen    on behalf of Creditor    Caliber Home Loans Inc jowen@yochim.com,
               jasonrobertowen@gmail.com;donna@yochim.com
              Joseph A. Dessoye    on behalf of Creditor    Caliber Home Loans Inc pawb@fedphe.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Beneficial Consumer Discount Company
               lrase@sterneisenberg.com,   ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew John McClelland    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9