UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ricky Joe Boylan | : | |
| Susan Lee Boylan | : | No. 13-11217-TPA |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| U.S. Bank Trust National Association, as | : | Hearing Date: 7/25/18 at 9:30 a.m. |
| Trustee of the SCIG Series III Trust | : | |
| | : | Response Date: 6/29/18 |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ricky Joe Boylan | : | |
| Jo Ann Boylan, Co-Debtor | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

**<u>NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST FOR RELIEF FROM AUTOMATIC STAY AND FOR CO-DEBTOR RELIEF</u>**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than June 29, 2018 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on July 25, 2018 at 9:30 a.m. before Judge Thomas P. Agresti in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: 6/12/18                                                    Attorney for Movant/Applicant

/s/ Michael C. Mazack
Michael C. Mazack, Esquire
Pa. I.D. # 205742
mmazack@tuckerlaw.com
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-566-1212