UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ricky Joe Boylan | : | |
| Susan Lee Boylan | : | No. 13-11217-TPA |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| U.S. Bank Trust National Association, as | : | Hearing Date: 7/25/18 at 9:30 a.m. |
| Trustee of the SCIG Series III Trust | : | |
| | : | Response Date: 6/29/18 |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ricky Joe Boylan | : | |
| Jo Ann Boylan, Co-Debtor | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
**Motion for Relief from Stay and for Co-Debtor Relief, Docket No. 83**

I, the undersigned, certify that, as of the date hereof, no answer, objection of other responsive pleading to the Motion for Relief filed on June 12, 2018 has been received, The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection of other responsive pleading to the Motion for Relief from Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay were to be filed and served no later than June 29, 2018.

It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay be entered by the Court.

Date: 7/2/18                    By:    /s/ Michael C. Mazack
                                       Michael C. Mazack, Esquire
                                       Pa. I.D. # 205742
                                       mmazack@tuckerlaw.com
                                       TUCKER ARENSBERG, P.C.
                                       1500 One PPG Place
                                       Pittsburgh, Pennsylvania 15222
                                       412-566-1212