UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/3/18 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| Ricky Joe Boylan | : | |
| Susan Lee Boylan | : | No. 13-11217-TPA |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| U.S. Bank Trust National Association, as | : | Hearing Date: 7/25/18 at 9:30 a.m. |
| Trustee of the SCIG Series III Trust | : | |
| | : | Response Date: 6/29/18 |
| Movant | : | |
| | : | Related to Document No. 83 |
| vs. | : | |
| | : | |
| Ricky Joe Boylan | : | |
| Jo Ann Boylan, Co-Debtor | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

**ORDER MODIFYING STAY**

AND NOW, to-wit, this __3rd__ day of _____July_____, 2018, upon the Motion for Relief from Automatic Stay ("Motion") filed by U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust ("Movant"), and after notice and hearing, it is ORDERED that the Motion is GRANTED, and Movant is granted relief from the automatic stay imposed by 11 U.S.C. §362 for the purpose of pursuing its remedies for collection against the Debtor and §1301 for the purpose of pursuing its remedies for collection against the Co-Debtor, including repossessing and selling the Property more particularly described in the Motion as being 450 Venango Avenue, Cambridge Spring, PA 16403-1134.

_/s/ Thomas P. Agresti_ **vas**
Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ricky Joe Boylan  
Susan Lee Boylan  
    Debtors

Case No. 13-11217-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Jul 03, 2018  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2018.  
db/jdb        +Ricky Joe Boylan,    Susan Lee Boylan,    Buchanan 17,    104 Stonehaven,      Edinboro, PA 16412-2725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2018 at the address(es) listed below:

       Daniel P. Foster    on behalf of Debtor Ricky Joe Boylan dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       Daniel P. Foster    on behalf of Joint Debtor Susan Lee Boylan dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    Caliber Home Loans Inc bkgroup@kmllawgroup.com  
       Jason R. Owen    on behalf of Creditor    Caliber Home Loans Inc jowen@yochim.com, jasonrobertowen@gmail.com;donna@yochim.com  
       Joseph A. Dessoye    on behalf of Creditor    Caliber Home Loans Inc pawb@fedphe.com  
       Leslie J. Rase, Esq.    on behalf of Creditor    Beneficial Consumer Discount Company lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com  
       Matthew John McClelland    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com  
       Michael C. Mazack    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust mmazack@tuckerlaw.com, agilbert@tuckerlaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                      TOTAL: 11