**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

08/02/2018

| | |
|---|---|
| IN RE: | |
| RICKY JOE BOYLANSUSAN LEE BOYLANBUCHANAN 17104 STONEHAVENEDINBORO, PA 16412XXX-XX-6377         Debtor(s)XXX-XX-0555 | Case No.13-11217 TPAChapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/2/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **US BANK NA - TRUSTEE RMAC TRUST SER 2016** <br> C/O RUSHMORE LOAN MGMNT SVCS <br> 15480 LAGUNA CANYON RD STE 100 <br> IRVINE, CA 75261-9741 | Trustee Claim Number: 1    INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 10,822.60 <br> COMMENT: RS/OE*SURR/AMD PL*150503.69/CL*PMT RATFD/CONF OE*BGN 10/13*FR LSF8-DO | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 5492 |
| **HOLIDAY FINANCIAL SERVICES** <br> 715 W 38TH ST <br> ERIE, PA 16508-2626 | Trustee Claim Number: 2    INT %: 3.25% <br> Court Claim Number: 5 <br> CLAIM: 2,034.35 <br> COMMENT: $/PL-CL@3.25%MDF/PL | CRED DESC: VEHICLE <br> ACCOUNT NO.: 2052 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 3    INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 5,697.31 <br> COMMENT: $@0%/PL-CL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: ...6377 |
| **HSBC BANK++** <br> POB 5253 <br> CAROL STREAM, IL 60197 | Trustee Claim Number: 4    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~BENEFICIAL/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8915 |
| **BERKHEIMER TAX ADMINISTRATOR****  <br> HAB DLT LEGAL <br> PO BOX 20662 <br> LEHIGH VALLEY, PA 18002-0662 | Trustee Claim Number: 5    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PCP TAX~SD BORO?/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0261:13 |
| **ALTAIR OH XIII LLC** <br> C/O WEINSTEIN PINSON & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA 98124-3978 | Trustee Claim Number: 6    INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 1,662.01 <br> COMMENT: CAP 1 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4214 |
| **ALTAIR OH XIII LLC** <br> C/O WEINSTEIN PINSON & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA 98124-3978 | Trustee Claim Number: 7    INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 941.72 <br> COMMENT: CAP 1 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4798 |
| **CAPITAL ONE BANK NA**** <br> C/O AMERICAN INFOSOURCE LP - AGENT <br> POB 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8    INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 508.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0249 |
| **CAPITAL ONE BANK NA**** <br> C/O AMERICAN INFOSOURCE LP - AGENT <br> POB 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9    INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 453.28 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0901 |
| **CASTLE PAYDAY++** <br> POB 704 <br> WATERSMEET, MI 49969 | Trustee Claim Number: 10    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: MEADVILLE MDCL CNTR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2463 |
| **CREDIT ONE BANK**<br>POB 98873<br><br>LAS VEGAS, NV 89193 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1715 |
| **US DEPARTMENT OF EDUCATION**<br>FEDLOAN SERVICING<br>POB 530210<br>ATLANTA, GA 30353-0210 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 19,298.60<br>COMMENT: 0001/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6377 |
| **GINNYS**<br>1112 7TH AVENUE<br><br>MONROE, WI 53566-1364 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~SWISS COLONY~INFO ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 457O |
| **JD BYRIDER CNAC**<br>4125 PEACH ST<br><br>ERIE, PA 16509 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~REPOED VEHICLE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3698 |
| **MASSEYS**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 9<br><br>CLAIM: 329.81<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8A2Y |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~INFO ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2250 |
| **METABANK/FINGERHUT**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN 56303 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2235 |
| **NORTHWEST CONSUMER DISCOUNT CO****<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0016 |
| **NORTHWEST CONSUMER DISCOUNT CO****<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0014 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **NORTHWEST CONSUMER DISCOUNT CO**\*\*<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA  16365 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0015 |
| **NORTHWEST CONSUMER DISCOUNT CO**\*\*<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA  16365 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0012 |
| **NORTHWEST CONSUMER DISCOUNT CO**\*\*<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA  16365 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0013 |
| **PAYDAY LOAN CONCEPTS**<br>159 MAIN ST UNIT C<br>NORTH WOODSTOCK, NH  03262 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PLAIN GREEN LLC**\*\*<br>PO BOX 42560<br>PHILADELPHIA, PA  19101 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **ROTO-ROOTER**<br>196 WALL ROAD<br>WILMERDING, PA  15148 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1016 |
| **STONEBERRY**<br>C/O CREDITORS BANKRUPTCY SVC\*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 246.63<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8C2G |
| **RJM ACQUISITIONS LLC**\*++<br>575 UNDERHILL BLVD STE 224<br>SYOSSET, NY  11791 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 140.29<br>COMMENT: NT/SCH\*GOOD BOOK CLUB\*IN SUFF DOC\*TEE 2 OBJ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8779 |
| **PALISADES ACQUISITION/PALISADES CLLCTNS**<br>C/O VATIV RCVRY SOLUTIONS LLC\*/PALISADES<br>POB 40728<br>HOUSTON, TX  77240 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 267.27<br>COMMENT: NT/SCH\*VERIZON\*INSUFF DOC\*TEE 2 OBJ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0219 |
| **INTERNAL REVENUE SERVICE**\*<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 384.07<br>COMMENT: C3GOV\*NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6377 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **NORTHWEST CONSUMER DISCOUNT CO**<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8316 | CLAIM: 0.00<br>COMMENT: SURR/AMD PL*3925/CL*ACCT NT/SCH-PL*WNTS 25.55%*W/32 |
| **NORTHWEST CONSUMER DISCOUNT CO**<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8316 | CLAIM: 0.00<br>COMMENT: SURR/AMD PL*164.56/CL*NT/SCH*W/31 |
| **US BANK NA - TRUSTEE RMAC TRUST SER 2016**<br>C/O RUSHMORE LOAN MGMNT SVCS<br>15480 LAGUNA CANYON RD STE 100<br>IRVINE, CA 75261-9741 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 13 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5492 | CLAIM: 0.00<br>COMMENT: LOSS MIT TERM/OE*W/1*FR LSF8-DOC 79 |
| **US BANK NA - TRUSTEE RMAC TRUST SER 2016**<br>C/O RUSHMORE LOAN MGMNT SVCS<br>15480 LAGUNA CANYON RD STE 100<br>IRVINE, CA 75261-9741 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 13 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5492 | CLAIM: 0.00<br>COMMENT: RS/OE*SURR/AMD PL*15997.39/CL*THRU 9/13*FR LSF8-DOC 79 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9448/PRAE | CLAIM: 0.00<br>COMMENT: AEO/PRAE |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 14 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6197 | CLAIM: 0.00<br>COMMENT: PMT/PL-CL*344.37X(27 REM+2)=LMT*BGN 7/16 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: RUSHMORE~US BANK/PRAE |