# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RICKY JOE BOYLAN<br>SUSAN LEE BOYLAN | Case No. 13-11217TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>RJM ACQUISITIONS LLC*++ | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE TRUSTEE HAS BEEN INFORMED BY THE POSTAL SERVICE THAT THE ADDRESS OF THE CREDITOR IS DEFUNCT.  NO CHANGE OF ADDRESS HAS BEEN PROVIDED.

| | |
|---|---|
| RJM ACQUISITIONS LLC*++<br>575 UNDERHILL BLVD STE 224<br>SYOSSET, NY 11791 | Court claim# 1/Trustee CID# 28 |

The Movant further certifies that on 08/06/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc: debtor(s)<br>original creditor<br>putative creditor<br>counsel for debtor(s)<br>counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>RICKY JOE BOYLAN, SUSAN LEE BOYLAN, BUCHANAN 17, 104 STONEHAVEN, EDINBORO, PA  16412 | DEBTOR'S COUNSEL:<br>DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA  16335 |
| ORIGINAL CREDITOR:<br>RJM ACQUISITIONS LLC*++, 575 UNDERHILL BLVD STE 224, SYOSSET, NY  11791 | :<br>JEFFERSON CAPITAL SYSTEMS LLC**, NOTICES ONLY, POB 7999, ST CLOUD, MN  56302-9617 |
| NEW CREDITOR:<br>UNKNOWN | |