IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Ricky Joe Boylan | ) | Case No.:  13-11217 TPA |
| Susan Lee Boylan | ) | Chapter 13 |
|     Debtors | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Claim No. 1 |
| Trustee, | ) | |
|     Movant, | ) | |
|       Vs. | ) | |
| RJM Acquisitions LLC, | ) | |
|     Respondent(s) | ) | |

## AMENDED CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading with attached Notice of Hearing and proposed Order of Court upon the following, by regular United States mail, postage prepaid:

Ricky Joe Boylan
Susan Lee Boylan
Buchanan 17
104 Stonehaven
Edinboro, PA  16412

Daniel P. Foster, Esquire
Foster Law Offices
P. O. Box 966
Meadville, PA  16335

RJM Acquisitions LLC
575 Underhill Blvd., Suite 224
Syosset, NY  11791

Jefferson Capital Ssytems LLC
P. O. Box 7999
St. Cloud, MN  56302-9617

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222


9-24-2018                                    /S/ Amy T. Sabedra
Date                                         Administrative Assistant
                                             Office of the Chapter 13 Trustee

US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com