## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNYSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 13-11217-TPA |
| | : | |
| Ricky Joe Boylan and | : | CHAPTER 13 |
| Susan Lee Boylan, | : | |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Ricky Joe Boylan, | : | |
| Movant, | : | RELATED TO DOCKET NO.: 104 |
| | : | |
| vs. | : | |
| | : | |
| PTR Tool & Plastics, LLC, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

### <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>October 5, 2018</u>

By: /s/ Clarissa Bayhurst_____
CLARISSA BAYHURST, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

## MATRIX

**PTR TOOL & PLASTICS LLC**
**150 BALDWIN STREET EXTENSION**
**MEADVILLE PA 16335**