FILED
10/4/18 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  RICKY JOE BOYLAN
SUSAN LEE BOYLAN
      Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
     vs.
  RICKY JOE BOYLAN
SUSAN LEE BOYLAN

     Respondents

Case No.13-11217TPA

Chapter 13

Document No. ___103___

---

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___4th___ day of ___October___ , 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

Ptr Tool & Plastics Llc
Attn: Payroll Manager
105 Baldwin St Extension
Meadville,PA 16335

is hereby ordered to immediately terminate the attachment of the wages of RICKY JOE BOYLAN, social security number XXX-XX-6377.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RICKY JOE BOYLAN.

BY THE COURT

_____ vas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-11217-TPA
Ricky Joe Boylan                                                          Chapter 13
Susan Lee Boylan
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut           Page 1 of 1         Date Rcvd: Oct 04, 2018
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db/jdb          +Ricky Joe Boylan,    Susan Lee Boylan,    Buchanan 17,    104 Stonehaven,
                 Edinboro, PA 16412-2725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Ricky Joe Boylan dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Susan Lee Boylan dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Caliber Home Loans Inc bkgroup@kmllawgroup.com
          Jason R. Owen    on behalf of Creditor    Caliber Home Loans Inc jowen@yochim.com,
           jasonrobertowen@gmail.com;donna@yochim.com
          Joseph A. Dessoye    on behalf of Creditor    Caliber Home Loans Inc pawb@fedphe.com
          Leslie J. Rase, Esq.    on behalf of Creditor    Beneficial Consumer Discount Company
           lrase@sterneisenberg.com,  ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Matthew John McClelland    on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
           bkgroup@kmllawgroup.com
          Michael C. Mazack    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
           the SCIG Series III Trust mmazack@tuckerlaw.com,  agilbert@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 11