IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Ricky Joe Boylan ) | Case No.: 13-11217TPA |
| Susan Lee Boylan ) | Chapter 13 |
|    Debtors ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 1 |
| Trustee, ) | |
|    Movant, ) | |
| ) | |
|    Vs. ) | |
| RJM Acquisitions LLC ) | |
|    Respondent(s) ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S OBJECTION TO CLAIM NO. 1**

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on September 24, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Objection were to be filed and served no later than October 24, 2018.

10-25-2018                                 /s/ Ronda J. Winnecour
                                               Ronda J. Winnecour
                                               Chapter 12 Trustee PA I.D.#30399
                                               U.S. Steel Tower- Suite 3250
                                               600 Grant Street
                                               Pittsburgh PA  15219
                                               cmecf@chapter13trusteewdpa.com