FILED
10/26/18 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Ricky Joe Boylan ) | Case No.: 13-11217 TPA |
| Susan Lee Boylan ) | Chapter 13 |
|     Debtors ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 1 |
| Trustee, ) | |
|     Movant, ) | Related to Document No. 94 |
|       Vs. ) | |
| RJM Acquisitions LLC, ) | |
|     Respondent(s) ) | |

## ORDER OF COURT

AND NOW, this \_\_\_26th\_\_\_ day of _____October_____, 2018, upon consideration of the Trustee's Objection to Claim No. 1 and any responses thereto, it is hereby ORDERED that Claim No. 1 of RJM Acquisitions LLC. is disallowed.

BY THE COURT:

_____
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ricky Joe Boylan  
Susan Lee Boylan  
    Debtors

Case No. 13-11217-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: mgut        Page 1 of 1        Date Rcvd: Oct 26, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.  
db/jdb        +Ricky Joe Boylan,   Susan Lee Boylan,   Buchanan 17,   104 Stonehaven,    Edinboro, PA 16412-2725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:

        Daniel P. Foster    on behalf of Debtor Ricky Joe Boylan dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Daniel P. Foster    on behalf of Joint Debtor Susan Lee Boylan dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com  
        James Warmbrodt    on behalf of Creditor   Caliber Home Loans Inc bkgroup@kmllawgroup.com  
        Jason R. Owen    on behalf of Creditor   Caliber Home Loans Inc jowen@yochim.com, jasonrobertowen@gmail.com;donna@yochim.com  
        Joseph A. Dessoye    on behalf of Creditor   Caliber Home Loans Inc pawb@fedphe.com  
        Leslie J. Rase, Esq.    on behalf of Creditor   Beneficial Consumer Discount Company lrase@sterneisenberg.com,  ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com  
        Matthew John McClelland    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com  
        Michael C. Mazack    on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust mmazack@tuckerlaw.com,  agilbert@tuckerlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                     TOTAL: 11