IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
    Ricky Joe Boylan                    )
    Susan Lee Boylan                 )        Case No.:  13-11217TPA
                                        )        Chapter 13
    Debtor(s)                           )
_____  )
Ronda J. Winnecour, Chapter 13     )        Related to Claim No. 2
Trustee,                                    )
    Movant,                            )
      Vs.                                 )
Palisades Acquisitions IX LLC,      )
    Respondent(s)                 )

### **CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM NO. __2_**

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on September 27, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Objection were to be filed and served no later than October 29, 2018.

10-30-2018                                  /s/ Ronda J. Winnecour
                                             Ronda J. Winnecour
                                             Chapter 13 Trustee PA I.D.#30399
                                             U.S. Steel Tower- Suite 3250
                                             600 Grant Street
                                             Pittsburgh PA  15219
                                             cmecf@chapter13trusteewdpa.com