FILED
10/31/18 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURTIN THE UNITED STATES
BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
    Ricky Joe Boylan    )
    Susan Lee Boylan    )    Case No.:  13-11217TPA
    )    Chapter 13
    Debtor(s)    )
_____)
Ronda J. Winnecour, Chapter 13    )    Related to Claim No. 2
Trustee,    )
    Movant,    )    Related to Document No. 101
      Vs.    )
Palisades Acquisitions IX LLC,    )
    Respondent(s)    )

## ORDER OF COURT

AND NOW, this ___31st___ day of _____October_____, 2018, upon consideration of the Trustee's Objection to Claim No. 2 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 2 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_____ vas
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ricky Joe Boylan
Susan Lee Boylan
      Debtors

Case No. 13-11217-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: mgut      Page 1 of 1      Date Rcvd: Oct 31, 2018
                             Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db/jdb         +Ricky Joe Boylan,   Susan Lee Boylan,   Buchanan 17,   104 Stonehaven,
                Edinboro, PA 16412-2725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
           Daniel P. Foster    on behalf of Debtor Ricky Joe Boylan dan@mrdebtbuster.com,
            clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
           Daniel P. Foster    on behalf of Joint Debtor Susan Lee Boylan dan@mrdebtbuster.com,
            clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
           James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual
            capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
           James Warmbrodt    on behalf of Creditor   Caliber Home Loans Inc bkgroup@kmllawgroup.com
           Jason R. Owen    on behalf of Creditor   Caliber Home Loans Inc jowen@yochim.com,
            jasonrobertowen@gmail.com;donna@yochim.com
           Joseph A. Dessoye    on behalf of Creditor   Caliber Home Loans Inc pawb@fedphe.com
           Leslie J. Rase, Esq.    on behalf of Creditor   Beneficial Consumer Discount Company
            lrase@sterneisenberg.com,   ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
           Matthew John McClelland    on behalf of Creditor   U.S. Bank National Association, not in its
             individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
            bkgroup@kmllawgroup.com
           Michael C. Mazack    on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of
             the SCIG Series III Trust mmazack@tuckerlaw.com,   agilbert@tuckerlaw.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                      TOTAL: 11