IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 13-11217-TPA |
| | : | |
| **Ricky Joe Boylan and** | : | |
| **Susan Lee Boylan,** | : | |
| Debtors, | : | |
| | : | **Chapter 13** |
| **Ricky Joe Boylan and** | : | |
| **Susan Lee Boylan,** | : | |
| Movants, | : | Docket No. 113 |
| v. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13, Trustee, | : | |
| Respondent. | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 17, 2018, at docket numbers 91 and 92 Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: November 15, 2018                                    /s/ Daniel P. Foster, Esquire
                                                            Daniel P. Foster
                                                            PA I.D. # 92376
                                                            Foster Law Offices
                                                            PO Box 966
                                                            Meadville, PA 16335
                                                            Phone: 814.724.1165
                                                            Fax: 814.724.1158
                                                            Email: dan@mrdebtbuster.com
                                                            Attorney for Debtors

**PAWB Local Form 24 (07/13)**